**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| United States of America ex rel Anthony Garzione<br><br>      Plaintiff,<br><br>v.<br><br>PAE Government Services, Inc.<br><br>      Defendant. | Civil Action No. 1:15-cv-833 |

## RULE 7.1 FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for PAE Government Services, Inc. ("PAE") in the above-captioned action certifies:

1. that Pacific Architects and Engineers Incorporated is the immediate parent[1] and 100% owner of PAE; and

2. that Pacific Architects and Engineers Incorporated has not issued any stock or debt securities to the public; and

3. that no entity in which PAE or Pacific Architects and Engineers Incorporated possesses an ownership interest has issued any stock or debt securities to the public.

---

[1] In addition, there are parent companies above Pacific Architects and Engineers Incorporated. It does not appear to PAE that Local Rule 7.1 addresses these higher-level parent companies.

Dated: December 11, 2015            Respectfully submitted,

/s/ Jason N. Workmaster
Jason N. Workmaster (VSB No. 46011)
Steven A. Shaw
John W. Sorrenti
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5412
Fax: (202) 778-5412
jworkmaster@cov.com

*Counsel for PAE Government Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jack B. Jarrett
The Spiggle Law Firm
4830 31st Street S., Ste. B
Arlington, VA 22206
Tel: (202) 602-6831
jjarett@spigglelaw.com

*Counsel for Plaintiff Anthony Garzione*

Richard W. Sponseller
Assistant United States Attorney
United States Attorney's Office
Justin W. Williams United States Attorney's Building
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: (703) 299-3700, ext. 3749
Fax: (703) 299-3898
Richard.sponseller@usdoj.gov

*Counsel for United States of America*

/s/ Jason N. Workmaster
Jason N. Workmaster (VSB No. 46011)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5412
Fax: (202) 778-5412
jworkmaster@cov.com

*Counsel for PAE Government Services, Inc.*