**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| United States of America ex rel Anthony Garzione<br><br>        Plaintiff,<br><br>v.<br><br>PAE Government Services, Inc.<br><br>        Defendant. | Civil Action No. 1:15-cv-833 |

## DEFENDANT PAE GOVERNMENT SERVICES, INC.'S MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO RULES 12(b)(6) AND 9(b)

Pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, PAE

Government Services, Inc. ("PAE") moves this Court for an order dismissing the Amended

Complaint of Relator Anthony Garzione.  The reasons in support of this motion are set forth in

the accompanying memorandum of law filed herewith.


Dated: December 28, 2015

Respectfully submitted,

/s/ Jason N. Workmaster
Jason N. Workmaster (VSB No. 46011)
Steven A. Shaw
John W. Sorrenti
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5412
Fax: (202) 778-5412
jworkmaster@cov.com

*Counsel for PAE Government Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2015, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will then send a notification of such filing

(NEF) to the following:

Jack B. Jarrett
The Spiggle Law Firm
4830 31st Street S., Ste. B
Arlington, VA 22206
Tel: (202) 602-6831
jjarrett@spigglelaw.com

*Counsel for Plaintiff Anthony Garzione*

Richard W. Sponseller
Assistant United States Attorney
United States Attorney's Office
Justin W. Williams United States Attorney's Building
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: (703) 299-3700, ext. 3749
Fax: (703) 299-3898
Richard.sponseller@usdoj.gov

*Counsel for United States of America*

/s/ Jason N. Workmaster
Jason N. Workmaster (VSB No. 46011)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5412
Fax: (202) 778-5412
jworkmaster@cov.com

*Counsel for PAE Government Services, Inc.*