# EXHIBIT A

| SOLICITATION, OFFER AND AWARD | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) | RATING | PAGE OF PAGES 1 \| 111 |
|---|---|---|---|

| 2. CONTRACT (Proc. Inst. Ident.) NO. SAQMMA-13-D-0120 | 3. SOLICITATION NO. SAQMMA-12-R-0130 | 4. TYPE OF SOLICITATION [ ] SEALED BID (IFB) [x] NEGOTIATED (RFP) | 5. DATE ISSUED July 2, 2013 | 6. REQUISITION/PURCHASE NO. 4490325401-M002 |
|---|---|---|---|---|

| 7. ISSUED BY | CODE | LMAQM | 8. ADDRESS OFFER TO (If other than item 7) |
|---|---|---|---|
| OFFICE OF ACQUISITION MANAGEMENT PO BOX 9115, ROSSLYN STATION US DEPARTMENT OF STATE ARLINGTON, VA 22219 | | | |

NOTE: In sealed bid solicitation "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and copies for furnishing the supplies or services in the Schedule will be received at the place specified, in the depository located in A/LM/AQM until **N/A**.
CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L. Provision No. 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: | A. NAME Stephen Law | B. TELEPHONE 703-516-1961 | C. E-MAIL ADDRESS Laws2@state.gov |
|---|---|---|---|

### 11. TABLE OF CONTENTS

| (x) | SEC. | DESCRIPTION | PAGE(S) | (x) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | | X | I | CONTRACT CLAUSES | |
| X | B | SUPPLIES OR SERVICE AND PRICES/COSTS | | | | PART III - LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS/WORK STATEMENT | | X | J | LIST OF ATTACHMENTS | |
| X | D | PACKAGING AND MARKETING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | | | K | REPRESENTATIONS, CERTIFICATIONS, AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | | | | | |
| X | G | CONTRACT ADMINISTRATION | | | L | INSTRS., COND., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | | | M | EVALUATION FACTORS FOR AWARD | |

**OFFER** (Must be fully completed by offeror)

NOTE: ITEM 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within **120** calendar days (120 calendar days unless a different period is inserted by the offer) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT SEE 14 (See section I, Clause No 52.232-8) | 10 CALENDAR DAYS % | 20 CALENDAR DAYS % | 30 CALENDAR DAYS % | CALENDAR DAYS % |
|---|---|---|---|---|

| ACKNOWLEDGMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the solicitation and related documents) numbered and dated: | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|
| | | | | |

| 15A. NAME AND ADDRESS OF OFFEROR | CODE PAE Government Services, Inc. 1320 Courthouse Rd, Arlington, VA 22201 | FACILITY | 00TB2 | 16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print) |
|---|---|---|---|---|
| 15B. TELEPHONE NO. (Include area code) | 15C. CHECK IF REMITTANCE ADDRESS [ ] IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS | | 17. SIGNATURE | 18. OFFER DATE |

**AWARD** (To be completed by Government)

| 19. ACCEPTED AS TO ITEM NUMBERED ALL | 20. AMOUNT See Clause B-3 (Minimum and Maximum) | 21. ACCOUNTING AND APPROPRIATION SEE CLIN 0001 (PAGE 2) | | |
|---|---|---|---|---|
| 22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: [ ] 10 U.S.C. 2304(c)( )   [ ] 41 U.S.C. 253(c)( ) | | 23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) | | ITEM |
| 24. ADMINISTRATION BY (If other than Item 7) CODE | | 25. PAYMENT WILL BE MADE BY   SEE CLAUSE G.7 | | CODE |
| 26. NAME OF CONTRACTING OFFICER (Type or print) JOHN J. STEVER | | 27. UNITED STATES OF AMERICA (Signature of Contracting Officer) | | 28. AWARD DATE 7/2/2013 |

IMPORTANT - Award will be made on this form, or on the Standard Form 26, or by other authorized official written notice.

Award Form 33

Department of State -BLiSS                                                                                           SAQMMA-13-D-0120

# SECTION B – SUPPLIES OR SERVICES AND PRICES/COSTS

**B.1 OVERVIEW**

This requirement is in support of the U.S. Department of State (DOS) mission in Iraq, providing life support and logistics functions for DOS sites.

The current DOS sites are broken down below by regions. DOS sites within Iraq may be added or removed under this contract as future conditions change:

- Central – Baghdad Embassy Compound (BEC), to include
    - Olympia
    - Embassy Heliport (EHP)
      Note: This area may be referred to as "International Zone" or "IZ" in this document.

- Central - Baghdad Diplomatic Support Center (BDSC), at the Baghdad International Airport (BIAP)

- South – U.S. Consulate General in Basrah, to include

**B.2 TYPE OF CONTRACT**

This is an indefinite-delivery, indefinite-quantity (IDIQ) contract, as defined in FAR 16.504 (Indefinite-Quantity Contracts), for non-commercial items. Contract types for the individual task orders will fall under one or more of the following, depending on the type, complexity, and urgency of the task order requirement: fixed-price, cost-reimbursement, labor-hour, and/or time-and-materials. If a task order will be performance-based, its requirements will be conveyed and administered at the task order level.

**B.3 MINIMUM AND MAXIMUM QUANTITIES**

a) The Government shall meet the contract minimum of $100,000.00 through the issuance of task order(s), and inclusive of all direct costs, indirect costs, and profit/fee within the contract's five-year period of performance (base year plus four option years).

b) The maximum for the contract five-year period of performance (base year plus four option years) shall be any quantity or combination of supplies and services not exceeding $1,000,000,000.00 (inclusive of all direct costs, indirect costs, and profit/fee).

**B.4 CLIN STRUCTURE (FUNDING)**

a) The contract will be funded pursuant to the following CLIN (contract line item number) structure:

Department of State -BLiSS                                                              SAQMMA-13-D-0120

(b) The COR will be identified following Contract Award.

### G.4 GOVERNMENT TECHNICAL MONITORS (GTM)

A GTM may be designated to provide technical monitoring, advice and assistance, in the monitoring and evaluation of a contractor's performance at separate consular locations. The GTM is appointed by the CO.

### G.5 INVOICE AND REPORTING REQUIREMENTS

The Contractor is required to provide a hard copy and an electronic copy of each invoice. The electronic copy shall be generated in Microsoft Excel 2007®. The Contractor shall be required to work closely with the Government to track, report, and invoice costs to facilitate effective program and project management over the life course of this contract.

The contractor shall prepare and submit a monthly Cost Analysis Report in Microsoft Excel.

The report is due no later than the 10th day following the last day of the reporting month. The contractor will work with the Government to finalize a format.

The contractor shall submit all invoices on a monthly basis within 30 days after the end of the billing month. Supporting documentation shall be submitted to substantiate all cost reimbursable expenses.

### G.6 REQUIRED INVOICE INFORMATION

a) The invoice shall contain all information required in Sections G and I, including, when applicable, FAR 52.216-7 (Allowable Cost and Payment) and FAR 52.232-7 (Payments under Time-and-Materials and Labor-Hour Contracts).

b) The invoice shall include a listing of each service and supply in accordance with the CLIN and sub-CLIN structure identified in Sections B.4 through B.8.

c) The invoice shall list, in part, the following:
    - Contract's maximum quantity
    - Billed total for each CLIN (contract-wide)
    - Billed total for each sub-CLIN (contract-wide)
    - Contract-year-to-date billed
    - Contract-year-to-date paid by Government
    - Contract cumulative billed (since contract effective date)
    - Contract cumulative paid by Government (since contract effective date)
    - Task order name
    - Task order number
    - Task order obligated dollar amount
    - Billed total for the CLIN (for the task order)
    - Billed total for each sub-CLIN (for the task order)

Department of State -BLiSS                                        SAQMMA-13-D-0120

# SECTION I – CONTRACT CLAUSES

**I.1 CLAUSES INCORPORATED BY REFERENCE FAR 52.252-2 (FEB 1998)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

  FAR: www.acquisition.gov/far      DOSAR: www.statebuy.state.gov/DOSar

| **Clause** | **Title** | **Date** |
|---|---|---|
| 52.202-1 | Definitions | Jan 2012 |
| 52.203-3 | Gratuities | Apr 1984 |
| 52.203-5 | Covenant Against Contingent Fees | Apr 1984 |
| 52.203-6 | Restrictions on Subcontractor Sales to the Government | Sept 2006 |
| 52.203-7 | Anti-Kickback Procedures | Oct 2010 |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | Jan 1997 |
| 52.203-10 | Price or Fee Adjustment for Illegal or Improper Activity | Jan 1997 |
| 52.203-12 | Limitation on Payments to Influence Certain Federal Transactions | Oct 2010 |
| 52.203-13 | Contractor Code of Business Ethics and Conduct | Apr 2010 |
| 52.204-2 | Security Requirements | Aug 1996 |
| 52.204-4 | Printed or Copied Double-Sided on Postconsumer Fiber Content Paper | May 2011 |
| 52.204-7 | Central Contractor Registration | Feb 2012 |
| 52.204-9 | Personal Identity Verification of Contractor Personnel | Jan 2011 |
| 52.204-10 | Reporting Executive Compensation and First-Tier Subcontract Awards | Feb 2012 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment | Dec 2010 |
| 52.215-2 | Audit and Records – Negotiation | Oct 2010 |
| 52.215-8 | Order of Precedence – Uniform Contract Format | Oct 1997 |
| 52.215-11 | Price Reduction for Defective Certified Cost or Pricing Data – Modifications | Aug 2011 |
| 52.215-13 | Subcontractor Certified Cost or Pricing Data – Modifications | Oct 2010 |
| 52.215-14 | Integrity of Unit Prices | Oct 2010 |
| 52.215-15 | Pension Adjustments and Asset Reversions | Oct 2010 |

Department of State -BLiSS                                          SAQMMA-13-D-0120

| 52.215-18 | Reversion or Adjustment of Plans for Postretirement Benefits (PRB) Other Than Pensions | Jul 2005 |
|---|---|---|
| 52.215-19 | Notification of Ownership Changes | Oct 1997 |
| 52.215.21 | Requirements for Certified Cost or Pricing Data and Data Other Than Certified Cost or Pricing Data—Modifications | Oct 2010 |
| 52.215-23 | Limitations on Pass-Through Charges | Oct 2009 |
| 52.216-7 | Allowable Cost and Payment | June 2011 |
| 52.216-8 | Fixed Fee | June 2011 |
| 52.216-11 | Cost Contract – No Fee | Apr 1984 |
| 52.217-8 | Option to Extend Services | Nov 1999 |
| 52.219-8 | Utilization of Small Business Concerns | Jan 2011 |
| 52.219-9 | Small Business Subcontracting Plan (Alt II)(Oct 2001) | Jan 2011 |
| 52.219-16 | Liquidated Damages – Subcontracting Plan | Jan 1999 |
| 52.222-2 | Payment for Overtime Premiums | Jul 1990 |
| 52.222-19 | Child Labor- Cooperation with Authorities and Remedies | Jul 2010 |
| 52.222-21 | Prohibition of Segregated Facilities | Feb 1999 |
| 52.222-26 | Equal Opportunity | Mar 2007 |
| 52.222.35 | Equal Opportunity For Veterans | Sep 2010 |
| 52.222-29 | Notification of Visa Denial | June 2003 |
| 52.222-36 | Affirmative Action for Workers with Disabilities | Oct 2010 |
| 52.222-37 | Employment Reports Veterans | Sep 2010 |
| 52.223-3 | Hazardous Material Identification and Material Safety Data (Alt I) (Jul 1995) | Jan 1997 |
| 52.223-5 | Pollution Prevention and Right-to-Know Information (Alt I)(May 2011) | May 2011 |
| 52.223-6 | Drug-Free Workplace | May 2001 |
| 52.223-10 | Waste Reduction Program | May 2011 |
| 52.223-11 | Ozone-Depleting Substances | May 2001 |
| 52.223-12 | Refrigeration Equipment and Air Conditioners | May 1995 |
| 52.223-15 | Energy Efficiency in Energy-Consuming Products | Dec 2007 |
| 52.223-18 | Encouraging Contractor Policies to Ban Text Messaging While Driving | Aug 2011 |
| 52.224-1 | Privacy Act Notification | Apr 1984 |
| 52.224-2 | Privacy Act | Apr 1984 |
| 52.225-13 | Restrictions on Certain Foreign Purchases | June 2008 |
| 52.225-14 | Inconsistency Between English Version and Translation of Contract | Feb 2000 |
| 52.225-19 | Contractor Personnel in a Designated Operational Area or Supporting a Diplomatic or Consular Mission | Mar 2008 |

Department of State -BLiSS                                                                                              SAQMMA-13-D-0120

| | | |
|---|---|---|
| | Outside the United States | |
| 52.227-1 | Authorization and Consent | Dec 2007 |
| 52.227-2 | Notice and Assistance Regarding Patent and Copyright Infringement | Dec 2007 |
| 52.227-3 | Patent Indemnity | Apr 1984 |
| 52.227-14 | Rights in Data—General | Dec 2007 |
| 52.228-3 | Worker's Compensation Insurance (Defense Base Act) | Apr 1984 |
| 52.228-5 | Insurance—Work on a Government Installation | Jan 1997 |
| 52.230-2 | Cost Accounting Standards | Oct 2010 |
| 52.230-6 | Administration of Cost Accounting Standards | Jul 2010 |
| 52.232-1 | Payments | Apr 1984 |
| 52.232-7 | Payments Under Time-and-Materials and Labor-Hour Contracts | Feb 2007 |
| 52.232-8 | Discounts for Prompt Payment | Feb 2002 |
| 52.232-9 | Limitation on Withholding of Payments | Apr 1984 |
| 52.232-11 | Extras | Apr 1984 |
| 52.232-17 | Interest | Oct 2010 |
| 52.232-18 | Availability of Funds | Apr 1984 |
| 52.232-20 | Limitation of Cost | Apr 1984 |
| 52.232-22 | Limitation of Funds | Apr 1984 |
| 52.232-23 | Assignment of Claims | Jan 1986 |
| 52.232-25 | Prompt Payment | Oct 2008 |
| 52.232-25 | Prompt Payment (Alternate I) | Oct 2008 |
| 52.233-33 | Payment by Electronic Funds Transfer- Central Contractor Registration | Oct 2003 |
| 52.233-1 | Disputes | July 2002 |
| 52.233-3 | Protest after Award | Aug 1996 |
| 52.233-4 | Applicable Law for Breach of Contract Claim | Oct 2004 |
| 52.236-5 | Material and Workmanship | Apr 1984 |
| 52.236-12 | Cleaning Up | Apr 1984 |
| 52.236-14 | Availability and Use of Utility Services | Apr 1984 |
| 52.237-2 | Protection of Government Buildings, Equipment, and Vegetation | Apr 1984 |
| 52.237-3 | Continuity of Services | Jan 1991 |
| 52.242-1 | Notice of Intent to Disallow Costs | Apr 1984 |
| 52.242-3 | Penalties for Unallowable Costs | May 2001 |
| 52.242-4 | Certification of Final Indirect Costs | Jan 1997 |
| 52.242-13 | Bankruptcy | July 1995 |
| 52.242-14 | Suspension of Work | Apr 1984 |

| | | |
|---|---|---|
| 52.243-1 | Changes – Fixed-Price (Alt II)(Apr 1984) | Apr 1987 |
| 52.243-2 | Changes – Cost-Reimbursement (Alt II)(Apr 1984) | Aug 1987 |
| 52.243-3 | Changes – Time-and-Materials or Labor-Hours | Sept 2000 |
| 52.244-2 | Subcontracts | Oct 2010 |
| 52.244-5 | Competition in Subcontracting | Dec 1996 |
| 52.244-6 | Subcontracts for Commercial Items | Dec 2010 |
| 52.245-1 | Government Property | Aug 2010 |
| 52.245-9 | Use and Charges | Aug 2010 |
| | | |
| 52.246-25 | Limitation of Liability – Services | Feb 1997 |
| 52.247-21 | Contractor Liability for Personal Injury and/or Property Damage | Apr 1984 |
| 52.247-63 | Preference for U.S. – Flag Air Carriers | June 2003 |
| 52.247-64 | Preference for Privately Owned U.S. – Flag Commercial Vessels | Feb 2006 |
| 52.248-1 | Value Engineering | Oct 2010 |
| 52.249-2 | Termination for Convenience of the Government (Fixed-Price) | May 2004 |
| 52.249-6 | Termination (Cost-Reimbursement) | May 2004 |
| 52.249-6 | Termination (Cost Reimbursement) (Alt IV)(Sep 1996) | Sep 1996 |
| 52.249-8 | Default (Fixed-Price Supply and Service) | Apr 1984 |
| 52.249-14 | Excusable Delays | Apr 1984 |
| 52.253-1 | Computer Generated Forms | Jan 1991 |
| 652.216-70 | Ordering – Indefinite-Delivery Contract | Apr 2004 |
| 652.225-71 | Section 8(a) of the Export Administration Act of 1979, As Amended | Aug 1999 |
| 652.229-70 | Excise Tax Exemption Statement for Contractors Within the United States | July 1988 |
| 652.229-71 | Personal Property Disposition at Posts Abroad | Aug 1999 |
| 652.232-72 | Limitation of Funds | Aug 1999 |
| 652.242-71 | Notice of Shipments | July 1988 |
| 652.243-70 | Notices | Aug 1999 |

## I.2 FAR CLAUSES INCORPORATED IN FULL TEXT

### I.2.1 PREVENTING PERSONAL CONFLICTS OF INTEREST – FAR 52.203-16 (DEC 2011)

(a) Definitions. As used in this clause—