# EXHIBIT C

1320 N. Courthouse Road
 Suite 800
Arlington, VA  22201



Date:             September 23, 2014

Subject:          Notice to Proceed (NTP) providing bottled water to U.S. Embassy Baghdad
                  Compound (BEC) and Baghdad Diplomatic Support Center (BDSC)

Attn:             Jamie Williams, Taylors International, Senior Vice President

Enclosure:        Bottled Water Requirement

Copies:           Mike Stackpoole (PAE)  John Hilker (PAE)

Pursuant to Prime Contract SAQMMA-13-D-0120 Modification 004, PAE is pleased to inform Taylors that it has been awarded the U.S. State Departments requirement for bottled water and a Modification under Taylor's Subcontract P1-0001443 with PAE will be forthcoming.

Delivery to BDSC:
First Delivery date for 30,000 cases on or before October 3, 2014 - then after, deliver every 30 days.  Estimated delivery of 90,000 cases of 12 x 0.5lt bottles (1,080,000) – by the end of performance period on November 30, 2014.  The receiving site will coordinate with the vendor for the exact dates and amounts as needed.

Delivery to BEC:
First Delivery date for 54,000 cases on or before October 3, 2014 - then after, deliver every 30 days.  Estimated delivery of 358,512 cases of 12 x 0.5lt bottles (4,302,144) -  by the end of performance period on November 30, 2014.  The receiving site will coordinate with the vendor for the exact dates and amounts as needed.

This NTP is funded against the Cost Reimbursable Subcontract Line Item of P1-0001443, and is in the Not to Exceed amount of $ 855,000.000. Payments will be made on actual costs incurred that U.S. State Department determine allowable pursuant to FAR 31.201-2, and a PAE review of a competitive price competition conducted by Taylors to make its best efforts on volume price discounts.

It is contemplated the obligated amount of this NTP will cover the work to be performed until November 30, 2014. If Taylors considers the funds obligated under this NTP to be insufficient to cover the work until that date, or the schedule of deliveries constrained, Taylors shall notify PAE immediately.

Time is of the essence; therefore strict adherence to the schedule is required.

Your point of contact on all technical issues is Mike Stackpoole.  He can be reached by email at Michael.stackpoole@pae.com.  Your point of contact on contractual issues is Anthony Garzione, and Anthony can be reached on Anthony.garzione@pae.com

Thank you for doing business with PAE.

Sincerely,

Anthony Garzione,
Subcontracts Manager