INITIAL PRETRIAL CONFERENCE

MAGISTRATE JUDGE: <u>JOHN F. ANDERSON</u>

CA- <u>1-15-cv-00833-AJT-JFA</u>

DATE: <u>01/20/2016</u>

TIME: <u>11:00AM</u> TO <u>11:25AM</u>

APPEARANCES OF COUNSEL FOR:

(✓) PLAINTIFF  (✓) DEFENDANT  ( ) PRO SE PLAINTIFF  ( ) PRO SE DEFENDANT

DISCOVERY PLAN:

( ) APPROVED  (X) APPROVED IN PART  ( ) FILE BY _____

CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE:

( ) YES

( ) CONSENT SIGNED

ADR/SETTLEMENT:

( ) PENDING  ( ) WILL DISCUSS  ( ) OTHER

(X) ORDER TO ISSUE

CASE CONTINUED TO _____ FOR 16(B) CONFERENCE